**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JONATHAN FERNANDO TAPIA OLMEDO**<br>***Plaintiffs***,<br>v.<br>**LUIS SOTO, et al.**<br>***Defendants.*** | **Civil Action No.:**<br>**2:26-cv-12702KSH**<br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that Petitioner Jonathan Fernando Tapia Olmedo, through undersigned counsel and at his express direction, hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Court's October 6, 2026 Text Order, so that he may pursue voluntary departure before the Immigration Court.

**Dated: 10/07/26**

Respectfully Submitted,

Alexandra Minogue

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Petitioner*

SO ORDERED this day of October 7, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, USDJ